Edward J. Maney, Trustee
P.O. Box 10434
Phoenix, Arizona 85064
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>    JAMES WHITBY,<br>    ZOILA WHITBY,<br><br><br>                        (Debtor(s)) | CHAPTER 13 PROCEEDINGS<br><br>CASE NO. 10-00809-PHX-CGC<br><br>TRUSTEE'S EVALUATION AND RECOMMENDATION(S) REPORT WITH NOTICE OF POTENTIAL DISMISSAL IF CONDITIONS ARE NOT SATISFIED<br><br>RE: MOTION FOR MORATORIUM |

Edward J. Maney, Trustee, has analyzed the Debtors' Motion for Moratorium and supporting documents and submits the following evaluation and recommendation(s):

1. The debtors are not specific regarding what payments they wish to include in their Moratorium. If plan payments resume October 2010 as requested in the debtors' Motion, plan payments would be delinquent $1,800 or 4.5 months. The Trustee will use this for his analysis.

2. The Trustee requires the debtors increase plan funding to reimburse creditors the $1,800 in missed plan payments requested in their Motion for Moratorium.

      In summary, the Moratorium can be confirmed subject to the condition(s) noted above, adequate funding, and timely filed Stipulated Order Granting Motion for Moratorium and Court approval. General unsecured creditors (including secured creditors with unsecured deficiency balances) will be paid through the Trustee, subject to timely filed and allowed claims. Chapter 7 reconciliation requirement will be met given debtors' scheduled zero equity in non-exempt property at petition date. **You are hereby advised that the Trustee may lodge an Order of Dismissal should Debtor fail to address items #2 above and submit a Stipulated Order Confirming Granting Motion for Moratorium to the Trustee for review and signature or request a hearing within 30 days from the date of the mailing of this Trustee's Recommendation.**

Dated: [see electronic signature]

_____
Edward J. Maney, Trustee

Copies of the forgoing
Mailed [see electronic signature],
to the following:

James Whitby
620 S. Meadows Dr.
Chandler, AZ 85224
Pro Se Debtor

James Whitby
2830 E. Brown Dr.
Mesa, AZ 85213

Zoila Whitby
496 N. Mondel Dr.
Gilbert, AZ 85233
Pro Se Debtor

By:_____
    Trustee's Clerk